IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THOMAS GONZALEZ,

    **Plaintiff,**

v.                                            Case No. 4:23-cv-18-AW-MAF

UNITED STATES,
ELIZABETH LAWRENCE, et al.,

    **Defendants.**

_____/

## ORDER OF DISMISSAL

Thomas Gonzalez—a three-strikes inmate—filed a document styled an "affidavit" and listing him as a "creditor" or "protestor" and Elizabeth Lawrence as a "defendant." ECF No. 1. The court docketed it as a complaint, and the magistrate judge recommends dismissal. ECF No. 3. Returned mail indicates that Gonzalez refused to accept the mailed report and recommendation. ECF No. 5. There has been no objection to the report and recommendation.

I approve the recommendation of dismissal. The clerk will enter a judgment that says, "This case is dismissed as frivolous and because Plaintiff is a three-strikes inmate who has not paid the filing fee." The clerk will then close the file.

SO ORDERED on February 21, 2023.

                                                    s/ *Allen Winsor*
                                                    United States District Judge